849 A.2d 1129

**Raymond PUGSLEY, Appellant**

v.

**DEPARTMENT OF CORRECTIONS, PENNSYLVANIA
BOARD OF PROBATION & PAROLE, Appellees.**

Supreme Court of Pennsylvania.

April 15, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of April, 2004, probable jurisdiction is noted and the order appealed is affirmed.